**United States District Court**
**Central District of California**

| | |
|---|---|
| CHENGYUE WU,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN et al,<br><br>          Respondents. | No. 5:26-cv-02404-CV-DSR<br><br>**Order Appointing Counsel** |

On May 6, 2026, Petitioner Chengyue Wu filed an action for a writ of habeas corpus. Doc. # 1 ("Pet."). That same day, Petitioner filed a motion for a temporary restraining order. Doc. # 2 ("TRO"). The Court denied the TRO for failure to comply with the Central District of California General Order No. 26-05. Doc. # 6. The Court also referred Petitioner to the Federal Public Defender's Office for consideration of appointment of counsel. *Id.* The Federal Public Defender filed a notice requesting the Court appoint CJA attorney Richard Hearn to represent Petitioner in this case. (Doc. # 10.) There is no absolute right to appointment of counsel in habeas proceedings. *Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). Appointment of counsel may be authorized at any stage of the proceedings,

however, if "the interests of justice so require[.]" 18 U.S.C. § 3006A(a)(2). The decision of whether to appoint counsel in a habeas proceeding turns on a petitioner's ability to articulate his claims pro se in light of the complexity of the legal issues involved and his likelihood of uccess on the merits. *See Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Here, the *Weygandt* factors sufficiently support the appointment of counsel to represent Petitioner. The Federal Public Defender has located CJA attorney Richard Hearn to represent Petitioner in this immigration-related habeas corpus proceeding.

The Court appoints CJA attorney Richard Hearn as counsel for Petitioner. Richard Hearn shall file a notice of appearance in this case by no later than May 29, 2026. The clerk of court is directed to serve a copy of this Order on Richard Hearn and Lauren Eskenazi-Ihrig.

IT IS SO ORDERED.

Dated: __5/21/26__

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

[cc: Lauren_Eskenazi-Ihrig@cacd.uscourts.gov]
[cc: hearn@hearnlawyers.com]