UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **5:26-cv-2404-CV (DSRx)** | Date | June 1, 2026 |
|---|---|---|---|

Title   *Chengyue Wu v. Warden et al.*

Present: The Honorable   Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER DENYING TEMPORARY RESTRAINING ORDER AS MOOT [16]**

The Court, having granted Petitioner's Petition for writ of habeas corpus, Doc. # 1, denies Petitioner's pending Motion for a Temporary Restraining Order, Doc. # 16, as moot.

**IT IS SO ORDERED.**